IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Jessica Harkins | : CASE NO. 19-10718-mdc |

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 5th day of March, 2019, upon consideration of the within Application for Extension of Time to File Schedules and Statements, it is hereby OREDERED and DECREED that said Application is hereby GRANTED, and the date by which Debtor must file schedules and statements is extended to March 9, 2019.

BY THE COURT:

*Magdeline D. Coleman*
_____

Copies to:

Sean P. Mays
65 W. Street Road, Suite B102
Warminster, PA 18974
Attorney for Debtor
**VIA ECF Notification**

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106
**VIA ECF Notification**

Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
**VIA ECF Notification**

Jessica Harkins
4481 Garden Street
Philadelphia, PA 19137
**Debtor**