United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10718-mdc
Jessica Harkins                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1            Date Rcvd: Mar 05, 2019
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db            +Jessica Harkins,    4481 Garden Street,    Philadlephia, PA 19137-2013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              SEAN P. MAYS    on behalf of Debtor Jessica  Harkins sean@maysfirm.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
                                      :
Jessica Harkins                       : CASE NO. 19-10718-mdc

## ORDER GRANTING EXTENSION OF TIME
## TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 5th day of March, 2019, upon consideration of the within Application for Extension of Time to File Schedules and Statements, it is hereby OREDERED and DECREED that said Application is hereby GRANTED, and the date by which Debtor must file schedules and statements is extended to March 9, 2019.

BY THE COURT:

_____
*Magdeline D. Coleman*

Copies to:

Sean P. Mays
65 W. Street Road, Suite B102
Warminster, PA 18974
Attorney for Debtor
**VIA ECF Notification**

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106
**VIA ECF Notification**

Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
**VIA ECF Notification**

Jessica Harkins
4481 Garden Street
Philadelphia, PA 19137
**Debtor**