**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSICA HARKINS | Chapter 13 |
| Debtor | Bankruptcy No. 19-10718-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___22nd___ day of ___August___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD  STE B102
WARMINSTER, PA 18974-

Debtor:
JESSICA HARKINS

4481 GARDEN STREET

PHILADELPHIA, PA 19137