United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10718-mdc
Jessica Harkins                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 2                Date Rcvd: Aug 22, 2019
                             Form ID: pdf900             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db              +Jessica Harkins,    4481 Garden Street,    Philadlephia, PA 19137-2013
14268761        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
14268762        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                  (address filed with court: Caine Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
14268764        +Financial Recoveries,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
14268765        +Hsbc Auto,    Po Box 961245,    Fort Worth, TX 76161-0244
14268768        +Mobiloansllc,    Po Box 1409,    Marksville, LA 71351-1409
14272056        +PennyMac Loan Services LLC,     c/o Kevin G. McDonald, Esq.,   701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14307896        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14268769        +Pennymac Loan Services,    PO Box 514387,    Los Angeles, CA 90051-4387
14268770        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14268772        +The Mays Law Firm PC,    65 W. Street Rd., Suite B102,    Warminster, PA 18974-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:00     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14268760        +E-mail/Text: autopaybk@autopay.com Aug 23 2019 03:10:24     Ac Autopay Llc,
                  1147 N Broadway Ste 100,   Denver, CO 80203-2106
14284868         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:55
                  Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
14268763        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 23 2019 03:12:22    Credit One Bank Na,
                  Po Box 98875,   Las Vegas, NV 89193-8875
14268767        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     Midland Funding,
                  2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14284884        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
14268771        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:11:45     Syncb/old Navy,   Po Box 965005,
                  Orlando, FL 32896-5005
14360980        +E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:00     Water Revenue Bureau,
                  c/o City of Philadelphia Law Department,    Tax & Revenue Unit,   Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14268766       ##+Leap Auto,   Po Box 910620,   San Diego, CA 92191-0620
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2             User: Virginia                  Page 2 of 2                    Date Rcvd: Aug 22, 2019
                                 Form ID: pdf900                 Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              SEAN P. MAYS    on behalf of Debtor Jessica  Harkins sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA HARKINS                                    Chapter 13

         Debtor                        Bankruptcy No. 19-10718-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___22nd___ day of ___August___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD  STE B102
WARMINSTER, PA 18974-

Debtor:
JESSICA HARKINS

4481 GARDEN STREET

PHILADELPHIA, PA 19137